IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| BARRACK'S ROW ENT GROUP LLC | * | Case No: 14-00167-SMT |
| BARRACKS ROW ENTERTAINMENT LLC | | Case No: 14-00168-SMT |
| CANAL PARK ENTERTAINMENT LLC | * | Case No: 14-00169-SMT |
| EASTERN MARKET ENTERTAINMENT LLC | | Case No: 14-00170-SMT |
| HAWK N' DOVE ENTERTAINMENT LLC | * | Case No: 14-00171-SMT |
| LOLA'S LLC | | Case No: 14-00172-SMT |
| MOLLY MALONE'S LLC | * | Case No: 14-00173-SMT |
| PACIFICO ON EIGHTH LLC | | Case No: 14-00174-SMT |
| SENART'S OYSTER HOUSE LLC | * | Case No: 14-00175-SMT |
| STADIUM SPORTS LLC | | Case No: 14-00176-SMT |
| | * | (Chapter 11) |
| Debtors | | (Joint Administration Requested) |

\* \* \* \* \* \* \* \* \* \* \* \*

DEBTORS' MOTION FOR AN ORDER DIRECTING JOINT
ADMINISTRATION OF THEIR RELATED CHAPTER 11 CASES

Barrack's Row Ent Group LLC, Barracks Row Entertainment LLC, Canal Park Entertainment LLC, Eastern Market Entertainment LLC, Hawk n' Dove Entertainment LLC, Lola's LLC, Molly Malone's LLC, Pacifico On Eighth LLC, Senart's Oyster House LLC, and Stadium Sports LLC, the debtors and debtors in possession (the "Debtors"), pursuant to 11 U.S.C. § 105(a) (the "Bankruptcy Code") and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), file this Motion for an Order Directing Joint Administration of Their Related Chapter 11 Cases ("Motion"). In support of this Motion, the Debtors state:

Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

Background

2. On March 28, 2014 (the "Petition Date"), each Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in this Court.

3. Since the Petition Date, the Debtors have remained in possession of their assets and continue to operate and manage their affairs as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

      4.      Barrack's Row Ent Group LLC ("Ent Group") is a Delaware limited liability company with its principal place of business located at 715 G Street, S.E., Third Floor, Washington, D.C.

      5.      Ent Group is the sole member of nine District of Columbia limited liability companies, named Barracks Row Entertainment LLC, Canal Park Entertainment LLC, Eastern Market Entertainment LLC, Hawk n' Dove Entertainment LLC, Lola's LLC, Molly Malone's LLC, Pacifico On Eighth LLC, Senart's Oyster House LLC, and Stadium Sports LLC.

      6.      No trustee, examiner, or official committee of unsecured creditors has been appointed in these cases.

<u>Relief Requested</u>

      7.      By this Motion, the Debtors request the entry of an order directing the joint administration of the Debtors' Chapter 11 cases and the consolidation thereof, for procedural purposes only, under the case number assigned to the Ent Group case.

      8.      The Debtors also request the Court to direct the Clerk of Court to maintain one file and one docket for all of the Debtors' Chapter 11 cases, which file and docket shall be the file and docket for Ent Group.

      9.      The Debtors further request that the caption for all pleadings filed in the Debtors' Chapter 11 cases bear a consolidated caption substantially as follows to reflect their joint administration:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| BARRACK'S ROW ENT GROUP LLC, et al.[1] | * | Case No: 14-00167-SMT |
| | | (Chapter 11) |
| Debtors | * | (Jointly Administered) |
| * * * * * * * * * * * * * * | | |

---

[1] The Debtors in these Chapter 11 bankruptcy cases are Barrack's Row Ent Group LLC (Case No: 14-00167), Barracks Row Entertainment LLC (Case No: 14-00168), Canal Park Entertainment LLC (Case No: 14-00169, Eastern Market Entertainment LLC (Case No: 14-00170), Hawk n' Dove Entertainment LLC (Case No: 14-00171), Lola's LLC (Case No: 14-00172), Molly Malone's LLC (Case No: 14-00173), Pacifico On Eighth LLC (Case No: 14-00174), Senart's Oyster House LLC (Case No: 14-00175), and Stadium Sports LLC (Case No: 14-00176).

10. The Debtors also request the Court to direct the Clerk of the Court to make a separate docket entry on each of the dockets of the Debtors' Chapter 11 cases, other than the docket of the Chapter 11 case of Ent Group, substantially as follows:

> An Order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration of the Chapter 11 cases of Barrack's Row Ent Group LLC, Barracks Row Entertainment LLC, Canal Park Entertainment LLC, Eastern Market Entertainment LLC, Hawk n' Dove Entertainment LLC, Lola's LLC, Molly Malone's LLC, Pacifico On Eighth LLC, Senart's Oyster House LLC, and Stadium Sports LLC. The docket in the Chapter 11 case of Barrack's Row Ent Group LLC, Case No. 14-00167-SMT should be utilized for all matters affecting this case.

11. Last, the Debtors request a waiver of the requirement imposed by § 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n) that the jointly-administered caption in these Chapter 11 cases list (a) the Debtors' tax identification numbers and (b) other names previously used by the Debtors.

## Basis for Relief Requested

12. Bankruptcy Rule 1015(b) provides, in pertinent part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed.R.Bankr.P. 1015(b). Furthermore, § 105(a) of the Bankruptcy Code provides the Court with the power to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

13. As discussed above, Ent Group is the sole member of the other nine Debtors. Therefore the Debtors are "affiliates" as that term is defined under § 101(2) of the Bankruptcy Code. Accordingly, the Bankruptcy Code and Bankruptcy Rules authorize the Court to grant the relief requested herein.

14. These Chapter 11 cases involve ten affiliated Debtors. Most, if not all, of the pleadings filed in these Chapter 11 cases will relate to relief sought jointly by all of the Debtors. Further, the Debtors anticipate that their Chapter 11 cases will proceed on the same timetable and that most, if not all, of the notices, applications, motions and other pleadings filed and orders entered in these cases will affect all of the Debtors.

15. Accordingly, joint administration is appropriate in these Chapter 11 cases because it will ease the administrative burden of the Court and parties in interest. Joint administration of these Chapter 11 cases will allow the Clerk of the Court to use a single docket for these cases and will eliminate the need for duplicative notices, applications, motions and orders, thereby allowing the Debtors and other parties in interest to (a) file one pleading in a consolidated case rather than separate pleadings in separate cases, (b) combine and streamline the service of pleadings and notices on creditors and other parties in interest and (c) monitor these Chapter 11 cases by reviewing only one docket.

16. Furthermore, joint administration of the Debtors' estates will reduce costs and minimize the potential for confusion, which is in the best interests of the Debtors' estates, their creditors, and all other parties in interest. In addition, joint administration will simplify supervision of the administrative aspects of these cases by the Office of the United States Trustee.

17. Joint administration of these Chapter 11 cases will not prejudice or adversely affect the rights of the respective creditors of each of the Debtors. The relief sought herein is purely procedural and is in no way intended to affect substantive rights. Creditors and other parties in interest will retain any claims or rights they may have against a particular estate.

18. Finally, joint administration is generally non-controversial, and courts routinely order joint administration of related cases. *See, e.g., In re NETtel Corp., Inc., et al.,* Case No. 00-01771-SMT (Bankr. D.D.C. Nov. 8, 2000); *In re The Greater SE Comm. Hosp. Foundation Inc., et al.*, Case No. 99-01159-SMT (Bankr. D.D.C. July 1, 1999); *In re Southern Terrace, L.P., et al.*, Case No. 98-00107 (Bankr. D.D.C. February 5, 1998).

19. Accordingly, the Debtors submit that the joint administration of their Chapter 11 cases is in the best interests of the Debtors' estates, their creditors, and all other parties in interest.

## Notice

20. Notice of this Motion has been provided to: (i) the Office of the United States Trustee; (ii) all parties identified on the Debtors' list of twenty largest unsecured creditors;

and (iii) the Debtors' secured creditors.  In light of the nature of the relief requested herein, the Debtors respectfully submit that no other or further notice is necessary.

Waiver of Memorandum of Law

21. Pursuant to Local Bankruptcy Rule 9013-1, the Debtors state that, in lieu of submitting a memorandum in support of this Motion, they will rely solely upon the grounds and authorities set forth herein.

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto, granting the relief requested herein, and such other and further relief as the Court deems just and proper.

      /s/ Lawrence J. Yumkas
Lawrence J. Yumkas, 425918
Lisa Yonka Stevens, 494631
Yumkas, Vidmar & Sweeney LLC
2530 Riva Road, Suite 400
Annapolis, Maryland 21401
(443) 569-0758
lyumkas@yvslaw.com

Counsel for Debtors

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of March 2014, notice of filing of the Debtors' Motion for an Order Directing Joint Administration of Their Related Chapter 11 Cases (the "Motion") was sent electronically to those parties listed on the docket as being entitled to such electronic notices, and a copy of the Motion was mailed first class, postage prepaid to the parties on the attached service list.

                                        /s/ Lawrence J. Yumkas
                                        Lawrence J. Yumkas

| | | |
|---|---|---|
| National Capital Bank of Washington<br>316 Pennsylvania Avenue SE<br>Washington DC 20003 | Andrea Gentile<br>1335 A Street SE, #D<br>Washington DC 20003 | William A. Sport<br>10700 Caribbean Boulevard, Suite 201<br>Cutler Bay FL 33189 |
| Xavier Cervera<br>1315 Independence Avenue SE, #6<br>Washington DC 20003 | Office of the U.S. Trustee<br>115 South Union Street, Room 210<br>Alexandria, Virginia 22314 | |
| Access Printing<br>8390 F Terminal Road<br>Lorton, VA 22079 | Alsco, Inc.<br>713 Lamont Street, NW<br>Washington, DC 20010 | AquaTerra Environments<br>500 Roosevelt Boulevard, Suite 16<br>Falls Church, VA 22044 |
| Bacchus Importers Ltd.<br>1817 Portal Street<br>Baltimore, MD 21224 | Capital Eagle, Inc.<br>2815 V Street, NE<br>Washington, DC 20018 | Capital Seaboard<br>8005 Rappahannock Avenue<br>Jessup, MD 20794 |
| DC WASA<br>5000 Overlook Avenue, SW<br>Washington, DC 20032 | DC WASA<br>Customer Service Department<br>P. O. Box 97200<br>Washington, DC 20090 | District Entertainment<br>3808 Roxbury Court<br>Alexandria, VA 22309 |
| DOPS Inc.<br>116 Pates Drive<br>Fort Washington, MD 20744-4841 | Eastern Safe & Lock Inc.<br>6826 Hill Park Drive<br>Lorton, VA 22079 | Ecolab<br>P. O. Box 905327<br>Charlotte, NC 28290-5327 |
| Ecolab Pest Elimination<br>370 N. Wabasha Street<br>Saint Paul, MN 55102 | Fells Point Wholesale Meats<br>1600 South Monroe Street<br>Baltimore, MD 21230 | Gingko Gardens, Inc.<br>911 11th Street, SE<br>Washington, DC 20003 |
| Gladiz Produce Inc.<br>6309 Julie Place<br>Laurel, MD 20707 | Gold Crust Baking Co.<br>6200 Columbia Park Road<br>Hyattsville, MD 20785 | Guardian Fire Protection Services<br>7668 Standish Place<br>Derwood, MD 20855 |
| Hop & Wine Beverages, LLC<br>22714 Glenn Drive, Suite 130<br>Sterling, VA 20164 | Industrial Steam Cleaning, Inc.<br>15741 Crabbs Branch Way<br>Derwood, MD 20855 | International Gourmet Foods<br>7520 Fullerton Road<br>Springfield, VA 22153 |
| Kysela Pere Et Fils Ltd<br>331 Victory Road<br>Winchester, VA 22602 | Ledroit Brands<br>249 Florida Avenue, NW<br>Washington, DC 20001 | Legends Ltd.<br>6770 Moravia Park Drive<br>Rosedale, MD 21237 |

McLean Woodproducts, Inc.
25020 Willard
Chantilly, VA 20152

Micros Systems, Inc.
7031 Columbia Gateway Drive
Columbia, MD 21046

Nard's Entertainment Inc.
6821 Whittier Avenue
Mc Lean, VA 22101

Open Table, Inc.
1 Montgomery Street, Suite 700
San Francisco, CA 94104

Pascal & Weiss PC
1008 Pennsylvania Avenue SE
Washington, DC 20003

Premium Distributors of WDC, LLC
3500 Ft. Lincoln Drive, N.E.
Washington, DC 20018

Republic National Distributing Company
8201 Stayton Drive
Annapolis Junction, MD 20701

Rick Mott
4112 Chesapeake Street NW
Washington, DC 20016-4608

Roberts Oxygen
15830 Redland Road
Derwood, MD 20855

Samuels & Son Seafood Co., Inc.
3407 South Lawrence Street
Philadelphia, PA 19148

Sodibar Systems, Inc.
4601 Lydell Road
Hyattsville, MD 20781

Sysco
P. O. Box 20020
Harrisonburg, VA 22801-7520

The Country Vintner LLC
P. O. Box 1540
Ashland, VA 23005

Verizon
P. O. Box 646
Baltimore, MD 21265-0646

War Shore Oyster Company LLC
8229 Boone Boulevard, Suite 730
Vienna, VA 22182

Washington Wholesale Liquor Co., LLC
2800 V Street, NE, Unit E
Washington, DC 20018

Winebow, Inc.
1111 16th Street, NW, Suite 121
Washington, DC 20036

The following parties received
electronic notice of the filing:

Office of the U.S. Trustee
115 South Union Street, Room 210
Alexandria, Virginia  22314