# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| BARRACK'S ROW ENT GROUP LLC | * | Case No: 14-00167-SMT |
| BARRACKS ROW ENTERTAINMENT LLC | | Case No: 14-00168-SMT |
| CANAL PARK ENTERTAINMENT LLC | * | Case No: 14-00169-SMT |
| EASTERN MARKET ENTERTAINMENT LLC | | Case No: 14-00170-SMT |
| HAWK N' DOVE ENTERTAINMENT LLC | * | Case No: 14-00171-SMT |
| LOLA'S LLC | | Case No: 14-00172-SMT |
| MOLLY MALONE'S LLC | * | Case No: 14-00173-SMT |
| PACIFICO ON EIGHTH LLC | | Case No: 14-00174-SMT |
| SENART'S OYSTER HOUSE LLC | * | Case No: 14-00175-SMT |
| STADIUM SPORTS LLC | | Case No: 14-00176-SMT |
| | * | (Chapter 11) |
| Debtors | | (Joint Administration Requested) |

\* \* \* \* \* \* \* \* \* \* \* \*

AFFIDAVIT OF RICHARD CERVERA IN SUPPOT OF DEBTORS' EMERGENCY
MOTION FOR ENTRY OF AN ORDER AUTHORIZING PAYMENT OF
PREPETITION WAGES AND COMPENSATION AND THE CONTINUATION
OF CERTAIN EMPLOYMENT POLICIES IN THE ORDINARY COURSE

I, Richard Cervera, being over the age of 21 and being duly sworn, depose and state, under penalty of perjury, that the following information is true to the best of my knowledge, information and belief.

1. I am the Manager and Chief Executive Officer ("CEO") of Barrack's Row Ent Group LLC ("Ent Group"), Barracks Row Entertainment LLC, Canal Park Entertainment LLC, Eastern Market Entertainment LLC, Hawk n' Dove Entertainment LLC, Lola's LLC, Molly Malone's LLC, Pacifico On Eighth LLC, Senart's Oyster House LLC, and Stadium Sports LLC. In this capacity, I am familiar with the day-to-day operations, financial condition, books and records, and business affairs of the affiliated Debtors (collectively, the "Debtors"). I submit this Affidavit in Support of the Debtors' Emergency Motion for Entry of an Order Authorizing Payment of Prepetition Wages and Compensation and the Continuation of Certain Employment Policies in the Ordinary Course (the "Motion").

2. Except as otherwise indicated, all facts set forth in this Affidavit are offered to the best of my knowledge, information and belief and are based upon my personal knowledge, my review of relevant documents, information provided to me from the Debtors'

management or professionals working with me or under my supervision, or my informed opinion based upon my experience and knowledge of the Debtors' industry, operations and financial condition. If I were called upon to testify, I could and would testify competently to the facts set forth herein. I am authorized to submit this Affidavit on behalf of the Debtors.

3. As a result of the filing of the bankruptcy petitions, certain management of the Debtors has been replaced by post-petition management. I was reinstated as CEO of the Debtors effective March 10, 2014. The post-petition management is moving swiftly to stabilize the Debtors' operations and perform those functions as a debtor in possession as required by the Bankruptcy Code.

4. By this Motion, the Debtors seek authority, in their sole discretion, to pay certain outstanding prepetition payroll obligations owed to the employees, in amounts disclosed in paragraph 24 of the Motion, up to $12,475.00 per employee per estate, and related obligations, and to continue to honor, in the ordinary course of business and the exercise of their business judgment, the Debtors' prepetition compensation and benefit programs (collectively, the "Employee Obligations"). The relief requested in the Motion is essential to maintain employee morale and productivity, thereby preventing unnecessary and harmful disruption in the operation of the Debtors' businesses as they endeavor to pursue a successful reorganization.

**A.    Overview of the Debtors' Businesses**

5. The Debtors operate eight restaurants with another restaurant opening shortly in the Capitol Hill neighborhood of Washington, D.C.

6. Barrack's Row Ent Group LLC ("Ent Group") is a Delaware limited liability company with its principal place of business located at 715 G Street S.E., Third Floor, Washington, D.C. 20003. Ent Group is the sole member of the other Companies.

7. Barracks Row Entertainment LLC ("BRE") operates a full-service organic, sustainable and free range restaurant known as The Chesapeake Room. The Chesapeake Room is located at 501 8th Street, S.E., Washington, D.C. 20003. The restaurant is inspired by the Mid-Atlantic waters and farms by offering local and fresh fish and shellfish. Meat, fowl and game offered are local and grown humanely.

8.  Canal Park Entertainment LLC ("Canal Park") operates a casual tavern known as Park Tavern.  Park Tavern is located at 202 M Street, S.E., Washington, D.C. 20003.  Park Tavern is committed to great eating and drinking at fair prices. Every dish is made fresh-to-order using local and sustainable ingredients whenever possible.  The atmosphere is convivial and uncluttered; a modern design at D.C.'s only restaurant in a park.

9.  Eastern Market Entertainment LLC ("Eastern Market") operates a cozy neighborhood restaurant known as Boxcar Tavern.  Boxcar Tavern is located at 224 7th St., S.E., Washington, D.C. 20003 across from the historic Eastern Market.  It is known for serving the best in delicious bar far with an extensive wine and beer list.

10. Hawk n' Dove Entertainment LLC ("Hawk n' Dove") operates a venerable meeting place and quintessential American Bar known as Hawk 'n' Dove.  Hawk 'n' Dove is located at 329 Pennsylvania Avenue, S.E., Washington, D.C. 20003.  It serves true American Pub fare that satisfies without the fuss with ingredients coming from farms and ranches that do it old school, like Mother Nature intended.

11. Lola's LLC ("Lola") operates the original quiet and classy bar on Barrack's Row known as Lola's Barracks Bar and Grill.  Lola's Barracks Bar and Grill is located at 711 8th Street, S.E., Washington, D.C. 20003.  It is known for its long bar, nice outdoor patio and rear patio.  It also provides customers with a pool room and shuffleboard attic.  It hosts many Capital Hill special events providing a cool and discreet atmosphere.

12. Molly Malone's, LLC ("Molly Malone") operates an Irish pub and sports bar known as Molly Malone's. Molly Malone's is located at 713 8th Street, S.E., Washington, D.C. 20003.  It has bars on two levels along with a patio right on Barrack's Row, a favorite for locals on Capitol Hill.  It offers 50 beers on tap from local, American, and key European breweries, as well as all the favorites in bottles and cans.  It is known for its great hamburgers, sandwiches, hand-breaded chicken, fresh chili and soups, and Irish specialties.

13. Pacifico On Eighth LLC ("Pacifico") operates a Pacific-inspired Mexican restaurant known as Pacifico Cantina.  Pacifico Cantina is located at 514 8th Street, S.E.,

Washington, D.C. 20003. All food and drinks provided are handcrafted and made from scratch. Pacifico Cantina offers a seasonal rooftop patio that is popular when the weather is temperate.

14. Senart's Oyster House LLC operates a classic and quaint take on a steak and oyster house known as Senart's Oyster & Chop House, located at 520 8th Street, S.E. Washington, D.C. 20003. Senart's Oyster & Chop House has a classic vibe and a 20 seat marble top bar surrounded by Audry Bodine's captivating original 1940s and 50s photography. The oysters provided are shipped fresh daily, and patrons can custom build their platter from the ever rotating selection.

15. Stadium Sports LLC ("Stadium Sports") is in the final development stage of a new restaurant called Willie's Brew & 'Que. Although it has not yet opened for business, Willie's Brew & 'Que is located at 300 Tingey Street, S.E., Washington, D.C. 20374.

16. The Debtors filed these bankruptcy cases because a payment was coming due on seller secured take-back financing that needs to be assessed for its validity and its terms need to be extended.

### B. The Debtors' Employee Compensation Obligations

17. In aggregate, the Debtors have approximately 200 employees, of whom approximately 175 are hourly and 23 are salaried.

18. The Debtors' restaurants employ chefs and other food preparers, servers, bartenders, host and hostesses, bussers, dishwashers, and managers. Employees are the lifeblood of any restaurant business and the Debtors' employees perform a variety of critical tasks, including preparing and serving food, interacting with customers, ordering food, liquor and supplies, cleaning dishes and the restaurant premises, supervising other employees and other tasks.

19. The Debtors also employ a small headquarters staff who provide and manage corporate functions such as accounting and finance, marketing, human resources and other administrative duties.

20. All employees are paid on a bi-weekly basis. As of the Petition Date, the employees were owed five (5) days of unpaid prepetition compensation, which, in the normal

course, would be paid on or about the Debtors' April 10, 2014 payroll. The total unpaid gross prepetition compensation owed to the Debtors' employees is as follows:[4]

| Company | Prepetition Wages |
|---|---|
| BRE | $4,658.10 |
| Canal Park | 4,139.35 |
| Eastern Market | 4,261.62 |
| Hawk 'N' Dove | 10,076.55 |
| Lola | 4,392.16 |
| Molly Malone | 6,291.92 |
| Pacifico | 4,504.81 |
| Senart | 4,302.07 |

21. In addition, the Debtors owe 19 days of gross prepetition wages to me in my capacity as the Chief Executive Officer for the period March 10, 2014 through March 28, 2014. Each of the eight Debtor's obligation is $1,631.18 for this period of time.

22. No employee is owed unpaid prepetition compensation exceeding the $12,475.00 priority established under § 507(a)(4) of the Bankruptcy Code for each Debtor.

23. Payroll and benefits are processed internally through the Debtors' accounting department. However, pay checks and all taxes are processed through a third-party payroll service, Automatic Data Processing, Inc. ("ADP").

24. In the ordinary course of business, the Debtors also provide health insurance through Blue Cross Blue Shield for those employees that elect coverage. As of the Petition Date, there were no prepetition obligations owed by the Debtors with respect to the health insurance.

25. The employees' collective knowledge, expertise and experience are essential to maintaining the Debtors' businesses as a going concern during these bankruptcy cases. Indeed, without the continued commitment of the employees to the Debtors' operations, an effective reorganization would be jeopardized.

---

[4] As of the Petition Date, neither Ent Group nor Stadium Sports owed any prepetition wages.

26. The Debtors' inability to pay the prepetition payroll would cause employees to endure significant stress and hardship and would most certainly adversely impact the continued operation of the Debtors' businesses.

27. The Debtors' employees are essential to a successful reorganization. Deterioration in employee morale and welfare at this critical time would harm the Debtors, the value of their assets and businesses and, ultimately, the Debtors' ability to reorganize. Accordingly, the relief sought is in the best interests of the Debtors' estates and their creditors, and would enhance the Debtors' ability to continue to operate their businesses with minimal disruption.

28. If amounts owed are not paid or other benefits delayed, employees may suffer extensive personal hardship and in some cases will be unable to meet their "basic living" needs. This could cause significant harm to employees and their families and potentially make it difficult or impossible for them to continue working for the Debtors.

29. The Debtors believe that to avoid the risk of employee resignations and to maintain employee morale, it is critical that the Debtors be authorized to pay each of its employees all compensation amounts that have been earned under the Debtors' prepetition contractual obligations or practices.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2014          /s/ Richard Cervera
                                Richard Cervera

4846-3661-3657, v. 3

- 6 -